[No. 60464-3-I. Division One. July 21, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSHUA EDWARD THELEN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-10528-8, Dean Scott Lum, J., entered July 23, 2007. *Reversed* and *remanded* by unpublished per curiam opinion.

[No. 60515-1-I. Division One. July 21, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. ROY FRANCIS WINKLE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-12210-7, Richard A. Jones, J., entered July 31, 2007. *Remanded* by unpublished per curiam opinion.

[No. 60571-2-I. Division One. July 21, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. RASHEED ECHOLS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-01011-1, Douglas D. McBroom, J., entered August 27, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 60715-4-I. Division One. July 21, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. FLORENCE SION CHAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-00238-0, Dean Scott Lum, J., entered October 3, 2007. *Dismissed* by unpublished per curiam opinion.